## UNITED STATES DISTRICT COUT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Kevin McNulty |
|  | : | Crim. No.:  20-cr-00555-KM-1 |
|  | : |  |
| vs. | : |  |
|  | : |  |
|  | : | **ORDER FOR MODIFICATION** |
|  | : | **OF RELEASE CONDITIONS** |
| JOHN PERNA | : |  |

**THIS MATTER** having come before the Court on the application of defendant John Perna (by Stacy Ann Biancamano, Biancamano Law, LLC) for modification of the conditions of pretrial release; and the United States (by V. Grady O'Malley, Assistant United States Attorney and Kendall Randolph, Assistant United States Attorney) consenting to the entry of the Order; and United States Pretrial Services (by Luis Baez, U.S. Pretrial Services Officer) having no objection to the entry of the Order; and for good cause shown;

**IT IS** on this 14th day of January 2021:

1. **ORDERED** that Defendant's release conditions are hereby modified to no longer require that he wear an electronic monitor and/or participate in the location monitoring program.

2. **ORDERED** that Defendant is subject to a curfew, Monday through Sunday, from 7:00 am to 7:00 pm.

3. **ORDERED** that Defendant's travel is restricted to the following counties: Essex, Hudson, Bergen, Passaic, Morris, Union, Somerset, Middlesex, and Monmouth.

4. **ORDERED** that the condition prohibiting Defendant from wrestling training and/or coaching or from traveling to the wrestling training facility located at 410 Route 46 E., Fairfield, NJ 07004 remains in full force and effect.

/s/ Kevin McNulty
_____
Honorable Kevin McNulty