## UNITED STATES DISTRICT COUT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Kevin McNulty, USDJ |
| | : | Crim. No. 20-00555 |
| vs. | : | |
| | : | **ORDER FOR EXTENSION OF** |
| | : | **SURRENDER DATE** |
| JOHN PERNA | | |

**THIS MATTER** having come before the Court on the application of defendant John Perna (by Stacy Ann Biancamano and Daniel Holzapfel, Biancamano Law, LLC) for an Order extending his surrender date from September 20, 2021 to Monday, January 3, 2022; and the United States (by Grady O'Malley and Kendall Randolph, AUSAs) having no objection to the entry of the Order; and for good cause shown;

**IT IS** on this 23d day of August, 2021:

1. **ORDERED** that Defendant, John Perna, shall voluntarily surrender at or before NOON on Monday, January 3, 2022, to the facility designated by the Bureau of Prisons for services of his sentence.

/s/ Kevin McNulty
Honorable Kevin McNulty, U.S.D.J.