# UNITED STATES DISTRICT COUT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Kevin McNulty, USDJ |
| | : | Crim. No. 20-cr-00555 |
| vs. | : | |
| | : | **ORDER** |
| JOHN PERNA | : | |

**THIS MATTER** having come before the Court on the application of defendant John Perna (by Stacy Ann Biancamano) for modification of the conditions of pretrial release; and the United States (by V. Grady O'Malley, AUSA and Kendall Randolph, AUSA) having no objection to the entry of the Order; and and for good cause shown;

**IT IS** on this 13th day of December, 2021,

1. **ORDERED** the prior Judgment (ECF No. 53) is MODIFIED.

2. The Court RECOMMENDS to the Bureau of Prisons that Defendant, John Perna, be RE-DESIGNATED to one of the following medium security facilities: 1. OTISVILLE FCI; 2. FAIRTON FCI; 3. ALLENWOOD FCI; or 4. SCHUYLKILL FCI. Each of these facilities is significantly closer to home than Ray Brook FCI and will allow for significantly easier visitation by Mr. Perna's family members who suffer from various medical conditions that would make travel to Ray Brook FCI exceedingly difficult.

/s/ Kevin McNulty
Honorable Kevin McNulty, U.S.D.J.